# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **KEVEN CHUMLEY** § § § | |
| **vs.** § § § | **CASE NO. 6:20-cv-391** |
| **SPECIAL HEALTH RESOURCES FOR TEXAS** § § § | |

## ORDER

Before the Court is Defendant's Motion for Continuance of Scheduling Conference (ECF 21). Defendant asserts that counsel is unavailable for an in-court scheduling conference as set on September 29, 2020 and mistakenly assumed that it would be by telephone or video conference. It is hereby

**ORDERED** that Defendant's Motion for Continuance of Scheduling Conference (ECF 21) is **GRANTED**. The Scheduling Conference is **RE-SET** for Tuesday, **October 20, 2020 at 10:00 a.m.** in the courtroom of United States Magistrate Judge K. Nicole Mitchell, 211 W. Ferguson St., Rm. 353, Tyler, Texas 75702.

So ORDERED and SIGNED this 29th day of September, 2020.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE